In the Matter of the Claim of ELEANOR SMITHLING, Respondent, against EMPIRE COAL COMPANY et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued April 15, 1929; decided April 30, 1929.)

*Edward T. Wilber* and *David B. Sugarman* for appellants.

*Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.